| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Toyota Motor Credit Corporation | *Order Filed on October 11, 2019*<br>*by Clerk U.S. Bankruptcy Court*<br>*District of New Jersey* |
| In Re:<br><br>Carl R. Whisler and Deborah L. Whisler,<br><br>Debtors. | Case No.: 19-25883 JNP<br>Adv. No.:<br>Hearing Date: 10/16/19 @10:00 a.m.<br><br>Judge: Jerrold N. Poslusny Jr. |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 11, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Carl R. Whisler, Deborah L. Whisler
Case No.:      19-25883 JNP
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Attorneys for Toyota Motor Credit Corporation, the lessor of the subject 2017 Toyota Camry, VIN:4T1BF1FK2HU415388, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Ashley M. Sullivan, Esquire, attorney for Debtors, Carl R. Whisler and Deborah L. Whisler, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtors will continue to make payments in accordance with the terms of the note outside of the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.