**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.:    19-25883

Judge:    JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: JULY 15, 2020

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: DL    Initial Debtor: CW    Initial Co-Debtor: DW

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __500__ per __month__ to the Chapter 13 Trustee, starting on __September 1, 2020__ for approximately __48__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Malvern Bank, N.A. | 2031 Hendricks Ave, Atco, NJ 08004 | $49,848.00 | $190,000.00 | $192,500.00 | NO VALUE | 9.75% | NONE |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Federal Home Loan Mortgage Corporation c/o Select Portfolio Servicing, Inc.(29) - Mortgage on 2031 Hendricks Ave., Atco, NJ 08004 - $195,420.43

Toyota Motor Credit Corporation (10) - Lien on vehicle - $19,890.84

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases  ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Lease Trust c/o Toyota Motor Credit Corporation | NONE | AUTO LEASE | ASSUMED | $375.96 |

### Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Malvern Bank, N.A. | 2031 Hendricks Ave., Atco, NJ 08004 | $49,848.00 | $190,000.00 | $192,500.00 | NO VALUE | $49,848.00<br><br>THIS MOTION WAS GRANTED BY THE COURT ON OCTOBER 22, 2019 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Unsecured creditors

3) _____

4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:   Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: October 30, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified to account for a substantial change in Debtors' circumstances since January 2020 and to address Trustee's objections to the Plan and Form 122-C. | The monthly Plan payments have been reduced from $700/month to $500/month for the remainder of the Plan term. The modified Plan also now includes the lien stripping motion already granted by the Court on October 22, 2019. In addition, amended Schedules I & J, as well as Form 122-C, are being filed simultaneously with this modified Plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: July 15, 2020                                  /s/ Carl Whisler
                                                                  Debtor

Date: July 15, 2020                                  /s/ Deborah Whisler
                                                                  Joint Debtor

Date: July 15, 2020                                  /s/ Dean Lintzeris, Esq.
                                                                  Attorney for Debtor(s)

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 19-25883-JNP
Carl R. Whisler                                                         Chapter 13
Deborah L. Whisler
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2              Date Rcvd: Jul 15, 2020
                              Form ID: pdf901             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         +Carl R. Whisler,    Deborah L. Whisler,    2031Hendrick Avenue,    Atco, NJ 08004-2108
cr             +Santander Consumer USA Inc,    c/o Stewart, Zlimen & Jungers, Ltd,    2860 Patton Rd,
                 Roseville, MN 55113-1100
518449167      +ACAR Leasing LTD,    dba GM Financial,    PO Box 183853,    Arlington, TX 76096-3853
518413651      +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518413653      +Capital One Bank/Bass Pro Shops,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
518506146       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518526760       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518413654      +Citicards CBNA,    P.OBox 6241,    Sioux Falls, SD 57117-6241
518413659      +DSNB/Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
518413661       GM Financial,    P.O. Box 1181145,    Arlington, TX 76096
518413662      +Great Lakes Higher Education,    P.O. Box 7860,    Madison, WI 53707-7860
518524084      +Malvern Bank N.A.,    Prince Altee Thomas, Esquire,    2000 Market Street 20th Fl,
                 Philadelphia, PA 19103-3222
518413664       Malvern Federal Savings Bank,    2100 Quakerpoint Drive,    Paoli, PA 19301
518413666      +Robert E. Whisler,    2031 Henricks Drive,    Atco, NJ 08004-2108
518413667      +Select Portfolio Services,    10401 Deerwood Park Blvd.,    Jacksonville, FL 32256-5007
518472268      +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz, & Hertze,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
518477546      +TD Bank, N.A.,    c/o Janelly Landa , Esq,    30 Montgomery Street,Suite 1205,
                 Jersey City NJ 07302-3835
518413673     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,     5005 N. river Blvd. NE,
                 Cedar Rapids, IA 52411)
518413672      +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518545053      +Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
518477916      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518458156      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518447332       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
518433162       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
518413660     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: ELAN Financial,    CB Disputes,    P.O. Box 108,
                 Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518413652      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 16 2020 01:03:09      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
518430371      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2020 01:04:06
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518413655      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2020 00:54:23      Comenity Bank/Boscov's,
                 P.O. Box 182120,    Columbus, OH 43218-2120
518413656      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2020 00:54:23
                 Comenity Bank/Victoria' Secret,    P.O. Box 182789,    Columbus, OH 43218-2789
518413657      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2020 00:54:23      Comenity Bank/Zales,
                 P.O. Box 182120,    Columbus, OH 43218-2120
518413658       E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43      Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
518526731       E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2020 00:54:28
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518422333       E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518532229       E-mail/Text: jennifer.chacon@spservicing.com Jul 16 2020 00:55:12
                 Federal Home Loan Mortgage Corporation,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518413663      +E-mail/Text: bncnotices@becket-lee.com Jul 16 2020 00:53:54      Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
518519627       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:02:40      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518413665      +E-mail/Text: bnc@nordstrom.com Jul 16 2020 00:53:59      NordstromTDBankUSA,
                 13531 E. Caley Avenue,    Englewood, CO 80111-6505
518513776       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2020 01:02:35
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
518513773       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2020 01:02:35
                 Portfolio Recovery Associates, LLC,    c/o Bps,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 15, 2020
                              Form ID: pdf901          Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518513775      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2020 01:03:58
                Portfolio Recovery Associates, LLC,    c/o Gm,    POB 41067,    Norfolk VA 23541
518524596      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2020 01:03:58
                Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
518517660      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2020 00:54:28
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518517662      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2020 00:54:29
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
518413668     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:45     SYNC/Old Navy,    P.O. Box 965005,
                Orlando, FL 32896-5005
518413669      E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:03     SYNCB/JC Penneys,    PO Box 965007,
                Orlando, FL 32896-5007
518413670     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:03     SYNCB/Wal-Mart,    P.O. Box 960524,
                Orlando, FL 32896-0001
518415491     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:48     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518521581     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:45     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518413671      E-mail/Text: bankruptcy@td.com Jul 16 2020 00:54:36     TD Bank NA,    32 Chestnut Street,
                Lewiston, ME 04240
518509016     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2020 01:02:43     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                        Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
           the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Dean   Lintzeris    on behalf of Joint Debtor Deborah L. Whisler dlintzeris@freedmanlorry.com
          Dean   Lintzeris    on behalf of Debtor Carl R. Whisler dlintzeris@freedmanlorry.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```