UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vladislav Kachka
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Ste. 1400
Philadelphia, PA 19102
(215) 732-0101
vkachka@spearwilderman.com

In Re:

Carl R. Whisler and Deborah L. Whisler

Case No.: 19-25883

Chapter: 13

Judge: JNP

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Vladislav Kachka will be substituted as attorney of record for Carl R. Whisler, Deborah L. Whisler in this case.[1]

Date: August 19, 2021

/s/Christopher G. Cassie
Signature of Former Attorney

Date: August 19, 2021

/s/ Vladislav Kachka
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.