UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vladislav Kachka
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Ste. 1400
Philadelphia, PA  19102
(215) 732-0101
vkachka@spearwilderman.com

In Re:

Carl R. Whisler and Deborah L. Whisler

Case No.:      19-25883

Chapter:           13

Judge:            JNP

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that    Vladislav Kachka    will be substituted as attorney of record for    Carl R. Whisler   ,  Deborah L. Whisler   in this case. [1]

Date: September 14, 2022

/s/Ashley M. Sullivan
Signature of Former Attorney

Date: September 14, 2022

/s/ Vladislav Kachka
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.