Certificate Number: 03621-NJ-DE-038542356

Bankruptcy Case Number: 19-25883



03621-NJ-DE-038542356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 4, 2024</u>, at <u>7:44</u> o'clock <u>PM EDT</u>, <u>Carl R Whisler</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>June 4, 2024</u>           By:     <u>/s/Lashonda Collins</u>

                                     Name:   <u>Lashonda Collins</u>

                                     Title:  <u>Credit Counselor</u>

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Carl R. Whisler and Deborah L. Whisler | Case No.: | 19-25883 |
| | Chapter: | 13 |
| | Judge: | JNP |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, Carl R. Whisler_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: June 5, 2024_____    /s/ Carl R. Whisler_____
                            Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18