Certificate Number: 03621-NJ-DE-038542360

Bankruptcy Case Number: 19-25883



03621-NJ-DE-038542360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2024, at 7:44 o'clock PM EDT, Deborah L Whisler completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 4, 2024         By:    /s/Lashonda Collins

                           Name:  Lashonda Collins

                           Title: Credit Counselor

Document      Page 2 of 2

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Carl R. Whisler and Deborah L. Whisler | Case No.: | 19-25883 |
| | Chapter: | 13 |
| | Judge: | JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Deborah L. Whisler, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: June 5, 2024

/s/ Deborah L. Whisler
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18