| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carl R. Whisler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1221<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deborah L. Whisler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9778<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–25883–JNP | | |

# Order of Discharge                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carl R. Whisler                                    Deborah L. Whisler

11/13/24                                           **By the court:** Jerrold N. Poslusny Jr.
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-25883-JNP
Carl R. Whisler   Chapter 13
Deborah L. Whisler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Nov 13, 2024    Form ID: 3180W    Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl R. Whisler, Deborah L. Whisler, 2031Hendrick Avenue, Atco, NJ 08004-2108 |
| 518524084 | + | Malvern Bank N.A., Prince Altee Thomas, Esquire, 2000 Market Street 20th Fl, Philadelphia, PA 19103-3222 |
| 518413664 | | Malvern Federal Savings Bank, 2100 Quakerpoint Drive, Paoli, PA 19301 |
| 518413666 | + | Robert E. Whisler, 2031 Henricks Drive, Atco, NJ 08004-2108 |
| 518477546 | + | TD Bank, N.A., c/o Janelly Landa , Esq, 30 Montgomery Street,Suite 1205, Jersey City NJ 07302-3835 |
| 518472268 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz, & Hertze, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Nov 13 2024 20:52:00 | Santander Consumer USA Inc, c/o Stewart, Zlimen & Jungers, Ltd, 2860 Patton Rd, Roseville, MN 55113-1100 |
| 518449167 | + | EDI: PHINAMERI.COM | Nov 14 2024 01:33:00 | ACAR Leasing LTD, dba GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 518413651 | + | EDI: CITICORP | Nov 14 2024 01:33:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518413652 | + | EDI: CAPITALONE.COM | Nov 14 2024 01:33:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518430371 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518413653 | + | EDI: CAPITALONE.COM | Nov 14 2024 01:33:00 | Capital One Bank/Bass Pro Shops, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518506146 | | Email/PDF: bncnotices@becket-lee.com | Nov 13 2024 21:17:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518526760 | | EDI: CITICORP | Nov 14 2024 01:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518413654 | + | EDI: CITICORP | Nov 14 2024 01:33:00 | Citicards CBNA, P.OBox 6241, Sioux Falls, SD 57117-6241 |
| 518413655 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/Boscov's, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518413656 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/Victoria' Secret, P.O. Box 182789, Columbus, OH 43218-2789 |

Case 19-25883-JNP    Doc 87    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
                         Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 518413657 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518413658 | | EDI: DISCOVER | Nov 14 2024 01:33:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 518413659 | | EDI: CITICORP | Nov 14 2024 01:33:00 | DSNB/Macy's, P.O. Box 8218, Mason, OH 45040 |
| 518526731 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518422333 | | EDI: DISCOVER | Nov 14 2024 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518532229 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2024 20:54:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518413661 | | EDI: PHINAMERI.COM | Nov 14 2024 01:33:00 | GM Financial, P.O. Box 1181145, Arlington, TX 76096 |
| 518413662 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 20:54:00 | Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |
| 518413663 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2024 20:52:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518519627 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:02:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518413665 | + | Email/Text: bnc@nordstrom.com | Nov 13 2024 20:52:53 | NordstromTDBankUSA, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 518513776 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518513773 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Bps, POB 41067, Norfolk VA 23541 |
| 518513775 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518524596 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518517660 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518517662 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518413668 | + | EDI: SYNC | Nov 14 2024 01:33:00 | SYNC/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518413669 | | EDI: SYNC | Nov 14 2024 01:33:00 | SYNCB/JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 518413670 | + | EDI: SYNC | Nov 14 2024 01:33:00 | SYNCB/Wal-Mart, P.O. Box 960524, Orlando, FL 32896-0001 |
| 518413667 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2024 20:54:00 | Select Portfolio Services, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 518415491 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518413671 | | EDI: TDBANKNORTH.COM | Nov 14 2024 01:33:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 518413672 | + | EDI: CITICORP | Nov 14 2024 01:33:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

Case 19-25883-JNP    Doc 87    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518545053 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 13 2024 20:52:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518477916 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 13 2024 20:52:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519131809 | | Email/PDF: bncnotices@becket-lee.com | Nov 13 2024 21:17:19 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518413673 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 13 2024 20:52:00 | Toyota Motor Credit Corp., 5005 N. river Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 518458156 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 13 2024 20:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518447332 | | EDI: USBANKARS.COM | Nov 14 2024 01:33:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518433162 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 20:54:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518413660 | | EDI: USBANKARS.COM | Nov 14 2024 01:33:00 | ELAN Financial, CB Disputes, P.O. Box 108, Saint Louis, MO 63166 |
| 518509016 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518521581 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 52 |

Andrew M. Lubin
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Kimberly A. Wilson
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 kimwilson@raslg.com

Michael J. Milstead
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vlad Kachka
    on behalf of Joint Debtor Deborah L. Whisler VKachka@spearwilderman.com

Vlad Kachka
    on behalf of Debtor Carl R. Whisler VKachka@spearwilderman.com

TOTAL: 13