# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

SPEAR WILDERMAN, P.C.
230 South Broad Street, Ste. 1650
Philadelphia, PA 19102
Phone: (215) 732-0101
Fax: (215) 732-7790
Counsel to Debtor
Vlad Kachka, Esquire

In Re:

    Carl R. Whisler and Deborah L. Whisler

Case No:      19-25883

Chapter:      13

Hearing Date:      

Judge:      JNP

**AMENDED ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 2031 Hendrick Avenue, Atco, NJ 08004

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Malvern Bank
b. Current Assignee: Malvern Bank
c. Current Servicer: Malvern Bank
d. Date of Mortgage/Lien: January 15, 2007
e. Date of Recordation: January 30, 2007
f. Place of Recordation: Camden County, NJ
   i. Mortgage Book: 8458
   ii. Page: 585
g. Original Principal Balance of Mortgage/Lien: $ 80,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2