| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) SPEAR WILDERMAN, P.C. 230 S. Broad Street, Ste 1650 Philadelphia, PA 19102 Phone: (215-732-0101 Fax: (215-732-7790 Counsel to Debtors Vlad Kachka, Esquire | Case No.: | 19-25883 |
| | Chapter: | 13 |
| In Re: Carl R. and Deborah L. Whisler | Adv. No.: | |
| | Hearing Date: | February 25, 2025 |
| | Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, __Holly K. Banks__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Vlad Kachka__, who represents __The Debtors__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 28, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Reopen Chapter 13 case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1-28-25

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg, Esquire<br>Chapter 13 Standing Trustee<br>535 Rte. 38, Ste. 580<br>Cherry Hill, 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Larry Lee, Senior Vice President<br>First Bank<br>2465 Kuser Road<br>Hamilton, NJ  08690 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products<br>Attn: Melissa Wilson<br>P.O. Box 3025<br>New Albany, OH  43054-3025 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank<br>Attn:  Ashley Boswell<br>4515 Santa Fe Avenue<br>Oklahoma City, OK  73118 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Department of Education<br>Claims Filing Unit<br>Attn: webclaimusere POC<br>P.O. Box 8973<br>Madison, WI  53708-8973 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Bank NA, d/b/a Elan Financial Services<br>Bankruptcy Department<br>Attn: Evan LeBlanc Oughton<br>P.O. Box 108<br>St. Louis, MO 63166-0108 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ACAR Leasing LTD<br>dba GM Financial<br>Attn: Birdena Drayton<br>P.O. Box 183853<br>Aslington, TX 76096 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyot Motor Credit Corporation<br>Attn: Peter Knapp<br>P.O. Box 9013<br>Addision, TX 75001 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank<br>c/o Schiller, Knapp, Lfkowitz & Hertze<br>Attn: Janelly Landa<br>30 Montgomery Street, Ste. 1205<br>Jersey City, NJ 07302 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Lease Trust<br>c/o Becket and Lee, LLP<br>Attn: Elezabeth Redmond<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, NA<br>c/o Becket and Lee LLP<br>Attn: Elizabeth Redmond<br>P.O. Bx 3001<br>Malvern, PA 19355-0701 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>by American InfoSourc as agent<br>Attn: Ashley Boswell<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates<br>c/o BPS<br>Attn: Akera Smith<br>P.O. Box 41067<br>Norfolk, VA 23541 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum 3 Group as agent for<br>Comenity Bank<br>Attn: Joshua Waugh<br>P.O. Box 788<br>Krklnad, WA 98083-0788 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resugent Capital Services<br>Attn: Willian Andrews<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>by AIS Inforsource, LP, as agent<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

3