UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

SPEAR WILDERMAN, P.C.
230 South Broad Street, Ste. 1650
Philadelphia, PA 19102
Phone: (215) 732-0101
Fax: (215) 732-7790
Counsel to Debtor
Vlad Kachka, Esquire

**Order Filed on February 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
*[Enter the debtor's name(s)]*

Carl R. Whisler and Deborah L. Whisler

Case No.: 19-25883
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: Feb. 25, 2025, at 11 AM
*[Enter the hearing date]*

Judge: JNP
*[Enter the Judge's last name]*

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following pages, numbered two (2) through *[Enter the number of the last page of this Order]* __2__ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: February 25, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion to Reopen Case, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
The Amended Order on Motion to Cancel and Discharge Mortgage attached to the Motion to Reopen Case as "Exhibit A" is entered. _____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____