**Order Filed on February 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SPEAR WILDERMAN, P.C.<br>230 South Broad Street, Ste. 1650<br>Philadelphia, PA 19102<br>Phone: (215) 732-0101<br>Fax: (215) 732-7790<br>Counsel to Debtor<br>Vlad Kachka, Esquire | |
| In Re:<br><br>   Carl R. Whisler and Deborah L. Whisler | Case No: 19-25883<br>Chapter: 13<br>Hearing Date: <br>Judge: JNP |

**AMENDED ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 26, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 2031 Hendrick Avenue, Atco, NJ 08004

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Malvern Bank
b. Current Assignee: Malvern Bank
c. Current Servicer: Malvern Bank
d. Date of Mortgage/Lien: January 15, 2007
e. Date of Recordation: January 30, 2007
f. Place of Recordation: Camden County, NJ
  i. Mortgage Book: 8458
  ii. Page: 585
g. Original Principal Balance of Mortgage/Lien: $ 80,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*